IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

JAMIE L. HOLEN,

           Plaintiff,                                            JUDGMENT IN A CIVIL CASE

v.                                                                     Case No. 10-cv-57-wmc

MICHAEL J. ASTRUE,
Commissioner of Social Security,

           Defendant.

---

      This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

---

      IT IS ORDERED AND ADJUDGED that judgment is entered reversing the decision of the Commissioner of Social Security denying plaintiff Jamie L. Holen's application for disability insurance benefits and remanding this case to the Commissioner for further proceedings under sentence four of 42 U.S.C. § 405(g).


_Peter Oppeneer_                               11/15/2012

Peter Oppeneer, Clerk of Court               Date