IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

JAMIE L. HOLEN,

        Plaintiff,                        JUDGMENT IN A CIVIL CASE

    v.                                          Case No. 10-cv-57-wmc

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

        Defendant.

---

    This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of plaintiff Jamie L. Holen granting her motion for attorney fees and expenses under the Equal Access to Justice Act, 28 U.S.C. § 2412, and awarding plaintiff attorney fees and costs in the amount of $8,713.75.

        */s/ Peter Oppeneer*                        3/5/2013
    Peter Oppeneer, Clerk of Court               Date